UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cr-80168-SINGHAL

UNITED STATES OF AMERICA,

vs.

JORDAN KARLICK,

        Defendant.
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around April 2015 through in or around at least April 2019, Defendant Jordan Karlick ("Karlick" or the "Defendant") knowingly and willfully conspired and agreed with his co-conspirators, Jordan Chibnick and Michael Moranz, to commit health care fraud, in violation of Title 18, United States Code, Section 1349.

The Medicare Program ("Medicare") was a federal healthcare program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind, and disabled. Medicare was a "healthcare benefit program," as defined by Title 18, United States Code, Section 24(b). Medicare programs covering different types of benefits were separated into different program "parts." "Part B" of Medicare covered, among other things, durable medical equipment ("DME"), including certain orthotic devices, such as knee braces, back braces, shoulder braces, and wrist braces (collectively, "braces") that were medically necessary. Medicare prohibited the submission of claims that were procured through the payment of illegal kickbacks and bribes.

Medical Equipment Solutions of Southeast Florida ("MESS"), Parris Medical Services, Inc. ("Parris"), and Mountain Home Care Equipment, Inc. ("Mountain") were DME companies

operated by the Defendant and his co-conspirators that conducted business in Palm Beach County, in the Southern District of Florida. MESS, Parris, and Mountain purportedly provided DME, including braces, to Medicare beneficiaries. Through MESS, Parris, and Mountain, Defendant and his co-conspirators submitted claims to Medicare for braces that were not medically necessary and/or not eligible for reimbursement by Medicare.

In particular, through MESS, Parris, and Mountain, the Defendant and his co-conspirators, Jordan Chibnick and Michael Moranz, paid bribes and kickbacks to companies for the purpose of obtaining signed doctors' orders for braces that were medically unnecessary and/or not eligible for reimbursement by Medicare. They then used the doctors' orders to submit false and fraudulent claims for braces to Medicare. Defendant and his co-conspirators attempted to conceal the illegal bribes and kickbacks by executing sham contracts that made it appear as if the illegal bribes and kickbacks were instead for "marketing" or "business process outsourcing" services.

Defendant was the President and a 45% owner of Parris; a 45% owner of Mountain; and a 25% owner of MESS. His role in the conspiracy included negotiating the purchase of doctors' orders in exchange for kickbacks; advising on the doctors' orders; tracking the number of doctors' orders purchased on behalf of each DME company; and employing measures to make it more difficult for Medicare beneficiaries to return braces to the DME companies.

As a result of Defendant's participation in the conspiracy, MESS, Parris, and Mountain submitted claims to Medicare for braces that were not medically necessary and/or were not eligible for reimbursement, and received reimbursement from Medicare based on those claims, in the following approximate amounts:

| Entity | Billed to Medicare | Paid by Medicare |
|---|---|---|
| MESS | $13,035,276.90 | $4,995,295.03 |
| Parris | $9,022,423.25 | $3,945,034.19 |
| Mountain | $1,941,292.95 | $942,932.14 |
| TOTAL | $23,998,993.10 | $9,883,261.36 |

The Defendant and his co-conspirators diverted the fraudulent proceeds of this criminal activity for their personal use and benefit, the use and benefit of others, and to further the fraud. As a result of his participation in the conspiracy, Defendant personally received approximately $1,518,114.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

Date: 7/29/2021    By: _Sara Clingan /cec_
SARA CLINGAN
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

Date: 7/30/21    By: _____
JORDAN KARLICK
DEFENDANT

Date: 7/30/21    By: _____
GERALD GREENBERG
COUNSEL FOR DEFENDANT

3