DG:cr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80168-Cr-RLR

**UNITED STATES OF AMERICA**

v.

**JORDAN KARLICK, et al.,**

    **Defendants.**

## NOTICE OF STRIKING

This is to advise the Court to strike Docket Entry 233, which was filed on January 11, 2023. The document was filed in error.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

BY:    *s/Daren Grove*
    Daren Grove (Court No. A5501243)
    Assistant United States Attorneys
    E-mail: Daren.Grove@usdoj.gov
    500 E. Broward Boulevard, Suite 822
    Fort Lauderdale, FL 33394
    Tel. (954) 660-5771
    Fax. (954) 356-7180