## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-cr-80168-SINGHAL

UNITED STATES OF AMERICA,

v.

JORDAN KARLICK,

      Defendant.

_____/

### DEFENDANT JORDAN KARLICK'S
### NOTICE REGARDING HOME ADDRESS

      Defendant Jordan Karlick, by and through undersigned counsel, hereby notifies that the Court that he has moved to a new residential address and now lives at 111 S.E. 1st Avenue, Apartment 502, Delray Beach, Florida 33444.  Mr. Karlick's probation officer, Steffi Jean-Jacques, and counsel for the United States, Catherine Wagner, have been advised of the move and have no objection.

Dated: April 24, 2023

      Respectfully Submitted,

      */s/Gerald E. Greenberg*
      DAN GELBER
      Florida Bar No. 512877
      dan@gsgpa.com
      GERALD E. GREENBERG
      Florida Bar No. 440094
      ggreenberg@gsgpa.com
      GELBER SCHACHTER & GREENBERG, P.A.
      SunTrust International Center
      One Southeast Third Avenue, Suite 2600
      Miami, Florida 33131
      Telephone: (305) 728-0950
      E-service: efilings@gsgpa.com

      *Counsel for Defendant Jordan Karlick*